A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Sep 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 18, 2009

FILED
CLERK'S OFFICE

IN RE: YAMAHA MOTOR CORP. RHINO ATV
PRODUCTS LIABILITY LITIGATION

MDL No. 2016

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-13)

On February 13, 2009, the Panel transferred 51 civil actions to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 597 F.Supp.2d 1377 (J.P.M.L. 2009). Since that time, 104 additional actions have been transferred to the Western District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable Jennifer B. Coffman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Coffman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of February 13, 2009, and, with the consent of that court, assigned to the Honorable Jennifer B. Coffman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED & CERTIFIED
JEFFREY A. APPERSON, CLERK
U.S. DISTRICT COURT
W/D of KENTUCKY

Date: Sep 03, 2009

By: Carolyn S. DeBow
Deputy Clerk

Page 1 of 2

IN RE: YAMAHA MOTOR CORP. RHINO ATV
PRODUCTS LIABILITY LITIGATION                           MDL No. 2016

SCHEDULE CTO-13 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 3 | 09-1440 | Kyle J. Robb v. Yamaha Motor Corp., USA, et al. |
| ARIZONA | | | |
| AZ | 2 | 09-1041 | Carlos Moreno v. Yamaha Motor Corp., USA, et al. |
| AZ | 2 | 09-1486 | Jesse Horta v. Yamaha Motor Corp., USA, et al. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 09-3636 | Jose Salas v. Yamaha Motor Corp., USA, et al. |
| CAC | 2 | 09-4447 | Danial Durfee v. Yamaha Motor Corp., USA, et al. |
| CAC | 8 | 09-707 | Dakota Job Higgins v. Yamaha Motor Corp., USA, et al. |
| CAC | 8 | 09-837 | Matthew Peters v. Yamaha Motor Co., Ltd., et al. |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 09-2107 | Peter Boe v. Yamaha Motor Corp., USA, et al. |
| MICHIGAN WESTERN | | | |
| MIW | 2 | 09-117 | Cindy K. Schnittker, etc. v. Yamaha Motor Corp., USA, et al. |
| MINNESOTA | | | |
| MN | 0 | 09-1663 | Robert Eitel, etc. v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1701 | Melanie Dean, etc. v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1703 | Anthony Thompson v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1704 | William Webb, etc. v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1787 | Pamela Vlaanderen v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1897 | Kenneth Markee, Jr. v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1903 | Arrianna Green v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1904 | Chauncey Sanders v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-1905 | Nicholas Bartow v. Yamaha Motor Corp., USA, et al. |
| MN | 0 | 09-2084 | Merri Hubbell, etc. v. Yamaha Motor Corp., USA, et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 2 | 09-135 | James Paul Polk v. Yamaha Motor Co., Ltd., et al. |
| MSS | 3 | 09-418 | Christie Kees v. Yamaha Motor Corp., USA, et al. |
| MSS | 3 | 09-419 | J.C.J., etc. v. Yamaha Motor Corp., USA, et al. |

**MDL No. 2016 - Schedule CTO-13 Tag-Along Actions (Continued)**

**DIST.**   **DIV.**   **C.A. #**   **CASE CAPTION**

NORTH CAROLINA WESTERN
   NCW   1   09-234   Ilisa Teague, et al. v. Yamaha Motor Corp., USA, et al.
   NCW   3   09-259   Christopher D. Philemon v. Yamaha Motor Corp., USA, et al.

OHIO SOUTHERN
   OHS   1   09-514   Steven Beamer, et al. v. Yamaha Motor Co., Ltd., et al.

PENNSYLVANIA MIDDLE
   PAM   3   09-1487   David Marcinkevich v. Yamaha Motor Corp., USA

TEXAS WESTERN
   TXW   5   09-502   Joe Ben Young, etc. v. Yamaha Motor Corp., USA, et al.

WASHINGTON WESTERN
   WAW   2   09-998   Sarah Schoenfeld, et al. v. Yamaha Motor Corp., USA, et al.

*United States District Court*
*Western District of Kentucky*
*Office of the Clerk*
*United States Courthouse*
*601 West Broadway, Room 106*
*Louisville, Kentucky  40202-2249*
*(502) 625-3500*

*Jeffrey A. Apperson*  
*Clerk of Court*

*Vanessa L. Armstrong*  
*Chief Deputy Clerk*

September 3, 2009

Richard W. Wieking, Clerk  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
280 South First Street  
San Jose, CA   95113

In Re:   MDL 2016 - *In Re: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS LIABILITY LITIGATION*

Dear Clerk of Court:

    Attached is a certified copy of CTO 13  from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

**Peter Boe v. Yamaha Motor Corp., USA, et al - 5:09-2107**

    Pursuant to this order the above-styled case must be transferred to the Western District of Kentucky at Louisville.   Please file the attached certified copy of the CTO in the affected case, and close the case.

*Please transmit the record of this case to the Western District of Kentucky at Louisville using the CM/ECF Case Transfer utility.*

    If you have any questions, please fee free to contact me by email to carolyn_s_debow@kywd.uscourts.gov or by telephone at 270-415-6406.

                          Sincerely,

                          s/ Carolyn DeBow, Deputy Clerk

Attachment:   Certified Copy of CTO No. 11

cc: Judicial Panel on Multidistrict Litigation